28,594 - 21

MOTION DENIED
DATE: 4-20-15
BY: P.C.

W07-55832-S (D)

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk

Ex parte

Arthur Roy Morrison
        Petitioner

§ In the Court of Criminal Appeals

§ Travis County, Texas

## Suggestion To Revisit (D)

To the Honorable Court of Criminal Appeals

Take notice the Petitioner suggests that this court revisit application (D) will be set out foregoing.

Even if this court denies the writ the court still has authority to revisit under TRAP 79.2 Ex parte Moreno, 245 SW3d 419 (CCA 2008).

Petitioners counsels fraudulently concealed the first judgment, Petitioner was ex communicated from application (B) that was rifed with ex parte communication viz defence counsels affidavit and 28-594-13 that adverse ruling were promulgated therefrom and Petitioner in substatution tendered nihil dictis and Petitioner plead in (B) that he didn't have a judgment at all, Petitioner received nil discovery or disclosure.

Petitioner in No 3:12 CV 4916 N (BH) once again plead that he didn't have a judgment AAG Cosper informed the court in his answers that Petitioner had a judgment but it was errant Petitioner sought discovery, disclosure, certified clerks record, all denied.

Magistrate Ramirez utilized the first fraudulent judgment

in F, C & R Petitioner obtained a copy of the first fraudulent judgment whilest assailing No 3:12 cv 2602 M (BF) on 5 Nov 13 and sought relief with judgment nunc pro tunc. 4 Feb 14 it is believed that ADA Peterson removed the first page of the first fraudulent judgment the one that stated the court found defendant guilty and replaced it with the second fraudulent judgment.

Petitioner not knowing about the switch sent three safe-harbor pleading for Peterson to correct the errors he said niel and Petitioner on 14 May 14 obtained a copy of the second fraudulent judgment whilest assailing (C).

This court dismissed without written order (D) under 11.07 Sec 4 (a)-(c) this is extrinsic fraud deliberate deception how can the Petitioner discover when hes excommunicated because he filed the four ex rel complaints of perjury, subornation (abuse of process) prevarication and assault arising out of the underlying claim and could not discover the second fraudulent judgment because it hadn't been concocted yet!

Wherefore the Petitioner suggests that this court revisit (B) and one will see that every word the Petitioner alleged is true in all issues and further suggests that this court revisit (c) + (D) for the same. Fraus est celare fraudem.

Respectfully Suggested
Arthur Roy Morrison

25 Mar 15